

# Fourth Court of Appeals
## San Antonio, Texas

## CONCURRING OPINION

No. 04-18-00750-CR

Allison Michelle **JACOBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 544462
Honorable Wayne A. Christian, Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice
Concurring Opinion by: Patricia O. Alvarez, Justice

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: June 12, 2019

I would limit the majority's opinion to a discussion necessary to address the issues raised and briefed by the appellant—the reasons the evidence is legally insufficient to support the trial court's revocation of Jacobs's probation and how the trial court denied Jacob's due process in failing to allow her to call witnesses in her defense. Because the majority's opinion addresses issues beyond those necessary for the disposition of this appeal, I concur in judgment only. *See*

TEX. R. APP. P. 47.1 ("The court of appeals must hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition of the appeal.").

Patricia O. Alvarez, Justice

PUBLISH